UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60785-RAR

**MARC WEINBERGER,** *et al.*,

    Plaintiffs,

v.

**SELENE FINANCE**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the parties' Mediation Disposition Report [ECF No. 59], filed on February 21, 2023, indicating that the parties have reached an agreement resolving this matter in full. The Court having carefully reviewed the file, and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**