UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60785-RAR

**MARC WEINBERGER,** *et al.*,

    Plaintiffs,

v.

**SELENE FINANCE**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 61] ("Stipulation"), filed on March 23, 2023. The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of March, 2023.

 

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**